656 A.2d 1266

IN THE MATTER OF LAWRENCE S. GROSSMAN,
AN ATTORNEY AT LAW.

May 10, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court on April 6, 1995, recommending that **LAWRENCE S. GROSSMAN** of **MORGANVILLE,** who was admitted to the bar of this State in 1987, be suspended from the practice of law for a period of three months for gross neglect (*RPC* 1.1(a)); failure to abide by client's decisions (*RPC* 1.2); lack of diligence (*RPC* 1.3); failure to communicate (*RPC* 1.4); conflict of interest (*RPC* 1.7(a);

and conduct involving fraud, dishonesty, deceit or misrepresentation (*RPC* 8.4(c));

And good cause appearing;

It is ORDERED that **LAWRENCE.S. GROSSMAN** is suspended from the practice of law for a period of three months, effective June 1, 1995, and until further Order of the Court; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of said **LAWRENCE S. GROSSMAN** as an attorney at law of the State of New Jersey; and it is further

ORDERED that **LAWRENCE S. GROSSMAN** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that **LAWRENCE S. GROSSMAN** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.